Honorable Clerk
Abel Acosta
P.O. Box 12308
Austin Tx 78711

12 May 2015

33,162-14,15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

RE: WR-33-162-14
WR-33-162-15

Robert Martinez
TOCJ ID No. 1931397
1203 EL Cibolo Rd
Edinburg, Tx 78542

VIA U.S MAIL

Greetings:

Requesting the Courts opinions in both

cause No. WR-33, 162-14 and
WR-33, 162-15

Trial Court case No. 307125.

Thank you.
In Hoc

cc: file

Page 1 of 1